U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

no order

DATE. 07-30-07

DOCKET NO. 07-CV-0684

SCP

JAMES ALVIN ATKINS

-V-

AVOYELLES PARISH JAIL, ET. AL.

JUDGE DRELL

MAGISTRATE JUDGE KIRK

## MOTION TO SUMMONS

CLERK,

PLEASE EXCUSE THE INFORMAL ADDRESS.

I WOULD LIKE TO FILE A MOTION TO SUMMONS BOTH AVOYELLES PARISH JAIL AND NURSE STEVEN DOZAT TO COURT ON BEHALF OF THE CHARGES BROUGHT AGAINST THEM. IN JAMES ALVIN ATKINS

-V-

AVOYELLES PARISH JAIL, ET. AL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

ORDER

DENIED AT THIS TIME. REPORT + RECOMMENDATION IS PENDING AND WILL FIRST BE DETERMINED.

ALEXANDRIA, LA, AUG 7, 2007

[signature]

DISTRICT JUDGE